UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR03-5259FDB |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR EMERGENCY MEDICAL |
| CHARLES FARNSWORTH, | TREATMENT AND REQUEST FOR INDEFINITE STAY |
| Defendant. | |

THIS MATTER is before the Court on Defendant's Motion for Emergency medical treatment and request for indefinite stay of proceedings.  Having considered the entirety of the records and file therein, the Court rules as follows:

IT IS HEREBY ORDERED that the defendant's motion for emergency medical treatment [Dkt # 17 & 19] is **DENIED**; and

IT IS HEREBY ORDERED that the defendant's motion for indefinite stay [Dkt # 20] is **DENIED**.

DATED this 28th day of January, 2008.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE