UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR03-5259FDB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ON MOTION FOR |
| ) | LEGAL SUPPLIES |
| CHARLES FARNSWORTH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS MATTER is before the Court on Defendant's Motion for Legal Supplies. Defendant has not established that his access to legal research is being denied or unreasonably hindered.    Defendant has access to the law library; access to stand-by counsel; and the necessary supplies for proceeding pro se are available at the Federal Detention Center.  Having considered the entirety of the records and file therein, the Court rules as follows:

IT IS HEREBY ORDERED that the defendant's request for a typewriter to be kept in Defendant's living quarters is **DENIED**; and

IT IS HEREBY ORDERED that the defendant's request for paperclips, rubber bands, stapler, and staples is **DENIED**; and

IT IS HEREBY ORDERED that the defendant's request for a printer attached to a computer containing word processing software and online legal research, is **DENIED**; and

IT IS HEREBY ORDERED that the defendant's request for typewriter ribbons,

1   typewriter correctional ribbon, correction tape and/or "whiteout," erasers, pencils, pens,
2   pencil sharpener, legal envelopes, postage, and photocopies is **GRANTED**, on an as
3   needed basis; and
4       IT IS FURTHER ORDERED that the defendant's motion to keep legal supplies in his
5   cell or living unit is **DENIED**.

    DATED this 28th day of January, 2008.

                                       FRANKLIN D. BURGESS
                                       UNITED STATES DISTRICT JUDGE