UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES FARNSWORTH, )<br>)<br>Defendant. )<br>_____ ) | NO.    CR03-5259 FDB<br><br>ORDER RE PENDING MOTIONS |

This matter is before the Court on various motions of Defendant regarding his interlocutory appeal of this Court's Orders regarding Defendant's motion for emergency medical treatment, motion for legal supplies, and request for indefinite stay of proceedings.

Defendant Charles Farnsworth is before the Court on petition for revocation of supervised release. The revocation hearing is scheduled for April 25, 2008. On December 17, 2007, the Court heard appointed counsel's motion to withdraw as attorney and for Defendant to proceed *pro se*. The Defendant advised the Court that he wishes to represent himself, without the help of Public Defenders Office. On further inquiry by the Court, the Defendant admitted to Violations #1-2 of his supervised release, however, he informed the Court of his intent to file other motions and briefs on different matters on his own. The Court questioned Defendant on ability; and ruled Defendant is capable to proceed *pro se.* The Court, nonetheless, denied Counsel's motion to withdraw, and ruled he will act as

stand-by counsel.

Subsequently, on January 28, 2008, this Court entered Orders on Defendant's *po se* motion for emergency medical treatment, request for stay, and motion for legal supplies. On February 5, 2008, Defendant filed an interlocutory appeal of these orders.

Presently before this Court are Defendant's *pro se* (1) motion for reconsideration of the Order denying emergency medical treatment and request for indefinite stay [Dkt # 33], (2) motion to strike motion for order to show cause [Dkt. # 35]; (3) motion for transcript on interlocutory appeal of the December 17, 2007 hearing granting Defendant *pro se* status [Dkt # 36], and (4) motion for visitation rights [Dkt # 37, # 38].

Having considered the entirety of the records and file therein, the Court rules as follows:

IT IS HEREBY ORDERED:

(1)     Defendant's motion for reconsideration of the Order denying emergency medical treatment and request for indefinite stay [Dkt # 33] is **DENIED**;

(2)     Defendant's motion to strike motion for order to show cause [Dkt. # 35] is **GRANTED**.  The request that the government show cause regarding legal supplies is withdrawn;

(3)     Defendant's motion for transcript [Dkt. # 36] is **DENIED**, as this hearing has no bearing on the issues raised on appeal;

(4)     Defendant's motion for visitation [Dkt. # 37 & # 38] is **DENIED**.

DATED this 17th day of March, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE