UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR03-5259 FDB |
| Plaintiff, | |
| v. | ORDER RE MOTION FOR COURT DOCKET AND TRANSCRIPT ON APPEAL |
| CHARLES FARNSWORTH, | |
| Defendant. | |

This matter is before the Court on motion of Defendant for copies of all court filings and the transcripts of the hearings of December 17, 2007 and April 235, 2008..

Defendant Charles Farnsworth has filed a notice of appeal of Judgement on petition for revocation of supervised release, wherein the Defendant admitted to Violations #1-2 of his supervised release. Presently before this Court are Defendant's *pro se* motion for copies of transcripts and court filing.

Having considered the entirety of the records and file therein, the Court rules as follows:

IT IS HEREBY ORDERED:

Defendant's motion for copies of transcripts and court filings is **DENIED** without prejudice. Defendant shall file the appropriate Transcript Order form and provide the Court with an explanation as to the basis that these transcripts are necessary to his appeal and that Court filings are unavailable to Defendant through standby counsel.

DATED this 2nd day of June, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER/FARNSWORTH (CR03-5259FDB)  — 1